IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**

FEB 21 2018

ARTHUR JOHNSTON
BY _____ DEPUTY

SUE POLK, INDIVIDUALLY, AND AS ADMINISTRATRIX
OF THE ESTATE OF JERRY R. POLK, THE HEIRS
OF THE ESTATE OF JERRY R. POLK,
AND ON BEHALF OF ALL WRONGFUL DEATH BENEFICIARIES
OF JERRY R. POLK                                                                           PLAINTIFFS

VS.                                         CIVIL ACTION NO. 1:18cv59 HSO-JCG

MAURICO PERAZA, MNE FREIGHT, LLC,
and JOHN DOES 1-5                                                                        DEFENDANTS

## NOTICE OF REMOVAL

Defendants, Maurico Peraza and MNE Freight, LLC, file this Notice of Removal, pursuant to 28 U.S.C. § 1332(a) and § 1441(a) and state:

1.  On January 24, 2018, Plaintiffs filed this lawsuit in Pearl River County Circuit Court, Civil Action No. 55:18-cv-0008CM. A copy of the Complaint and Summonses, constituting the entire state court file, is attached as Exhibit "A."

2.  Within the time allowed by statute, these Defendants remove the case to federal court, based on diversity jurisdiction, as the Plaintiffs are adult resident citizens of Mississippi, and the Defendants are Arkansas citizens, Defendant Peraza being an adult resident citizen of Arkansas, and Defendant, MNE Freight, LLC, being a limited liability company with its principal place of business and domicile in Arkansas. Per 28 U.S.C. § 1441(b)(1), citizenship of defendants sued under fictitious names shall be deregarded. The lawsuit, for compensatory and punitive damages, sounds in wrongful death, and though the complaint does not seek a specified

sum in damages, it is apparent that Plaintiffs seek damages in excess of $75,000.00, exclusive of interest and costs, sufficient to trigger diversity jurisdiction in this court.

   3. Pursuant to 28 U.S.C. § 1446(d), Defendants will promptly give written notice of removal of this action to all parties and will file a copy of this notice in the state court action.

   WHEREFORE, Defendants provide notice this cause is removed to federal court.

   RESPECTFULLY SUBMITTED, this the 20th day of February, 2018.

              *Clark Hicks*
              L. CLARK HICKS, JR. (MSB NO. 8963)
              *Attorney for Defendants, Maurico Peraza*
              *and MNE Freight, LLC*

HICKS LAW FIRM, PLLC
211 South 29th Avenue, Suite 201 (39401)
Post Office Box 18350
Hattiesburg, MS 39404-8350
Telephone:  601.544.6770
Facsimile:  601.544.6775
Email: clark@hicksattorneys.com
    lane@hicksattorneys.com

## CERTIFICATE OF SERVICE

I, L. Clark Hicks, Jr., attorney for Defendants Marucio Peraza and MNE Freight, LLC, hereby certifies that I have this day filed the original of the above and foregoing Notice of Removal and exhibits hereto in the United States District Court for the Southern District of Mississippi, Southern Division, and that upon filing of the original notice and exhibits thereto, I have served a true and correct copy of the said notice and exhibits on:

Samuel S. McHard, Esq.
P. Manion Anderson, Esq.
McHard, McHard, Anderson & Associates, PLLC
140 Mayfair Road, Suite 1500
Hattiesburg, MS 39402
Email: smchard@mchardlaw.com
manderson@mchardlaw.com

THIS, the 20th day of February, 2018.

*Clark Hicks*
L. CLARK HICKS, JR. (MSB NO. 8963)
*Attorney for Defendants, Maurico Peraza and MNE Freight, LLC*